UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                                    Case No.: 1-18-46013-reg
                                                                                Chapter 15
TOTAL DEBT RELIEF LIMITED,

                              Debtor.
-------------------------------------------------------X

**ORDER PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(d) OF THIS COURT AUTHORIZING PRYOR & MANDELUP, L.L.P. TO WITHDRAW AS COUNSEL OF RECORD FOR LAWRENCE KOPYLOV IN CONTEMPT PROCEEDING HEREIN OR OTHERWISE IN THIS CHAPTER 15 CASE**

        Upon the Notice of Hearing On Motion dated October 13, 2020, and the Affidavit of Neil Ackerman in Support of Motion for an Order pursuant to Local Bankruptcy Rule 2090-1(d), authorizing Pryor & Mandelup, L.L.P. to immediately withdraw as counsel of record for Lawrence Kopylov in the Contempt Proceeding herein, as that term is defined in the Affidavit (the "Contempt Proceeding"), or otherwise in connection with this Chapter 15 case, and granting such other and further relief as the Court deems just and proper, and upon the hearing conducted by this Court on November 18, 2020 at 9:30 a.m.; and after due deliberation and sufficient cause appearing therefor; and no other notice being necessary or required, except as set forth herein, and upon all of the prior proceedings heretofore had herein, it is hereby

        ORDERED, that Pryor & Mandelup, L.L.P. is authorized to withdraw as counsel Lawrence Kopylov in the Contempt Proceeding, and is relieved as such counsel in all matters associated with the Contempt Proceeding, or otherwise in connection with this case before this or any other Court.

SO ORDERED:

**Dated: Central Islip, New York**                           **Robert E. Grossman**
       **November 18, 2020**                                **United States Bankruptcy Judge**